Application **GRANTED**.  The initial pretrial conference scheduled for March 6, 2024, is adjourned to **April 3, 2024, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.  The deadline for the parties to file the joint letter and proposed case management plan is extended to **March 27, 2024**.

Dated: February 27, 2024
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

---

February 26, 2024

<u>Via CM/ECF</u>
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York

   Re: <u>**Wahab v. Blabla, LLC**</u>
      **Case #: 1:24-cv-00377-LGS**

Dear Judge Schofield:

  We represent the plaintiff in the above matter.  We write to respectfully request that the March 6, 2024, telephone conference be adjourned because Defendant Blabla, LLC has not made an appearance or reached out to Plaintiff.  Therefore, the parties have not had an opportunity to prepare a joint Proposed Civil Case Management Plan and Scheduling Order and joint letter.  We further request that the conference not be scheduled on April 22 to April 30, so as not to conflict with counsel's religious observance.

  Defendant was served on February 12, 2024, and its answer is due March 4.

  We thank Your Honor and the Court for its kind considerations and courtesies.

              Respectfully submitted,

              <u>*s/ Mark Rozenberg*</u>
              Mark Rozenberg, Esq.