

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG ■
KENNETH WILLARD▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

April 19, 2024

**Via CM/ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York

RE:  *Wahab v. Blabla, LLC*
     Case No.: 1:24-cv-00377-LGS

Dear Judge Schofield:

    We represent the Plaintiff in the above-referenced matter.  We write to respectfully request a thirty (30) day extension of time for the parties to file any application to reopen this dismissed action.  The requested extension will afford the parties an opportunity to finalize our settlement papers.

    This is the first such request in this matter.

    We thank the Court for its kind consideration and courtesies.

                    Respectfully Submitted,

                      */s/ Mark Rozenberg*
                      By:  Mark Rozenberg, Esq.

---

Application **GRANTED**.  Any application to restore this action shall be filed by **May 28, 2024**.

Dated: April 22, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE