

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG ▪

▲ NJ Bar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

May 28, 2024

**Via CM/ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York

RE:    *Wahab v. Blabla, LLC*
         Case No.: 1:24-cv-00377-LGS

Dear Judge Schofield:

    We represent the Plaintiff in the above-referenced matter.  We write to respectfully request a thirty (30) day extension of time for Plaintiff to file any application to reopen this dismissed action.  The requested extension will afford the parties an opportunity to finalize our settlement papers, a process that is well under way.

    This is the second such request in this matter, as Your Honor granted a 30-day extension on April 22, 2024.

    We thank the Court for its kind consideration and courtesies.

                       Respectfully Submitted,

                       */s/ Mark Rozenberg*
                       By:  Mark Rozenberg, Esq.

---

Application **GRANTED**.  Any application to restore this action shall be filed by **June 27, 2024**.

Dated: May 29, 2024
       New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**